IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MORGAN STANLEY, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:11-cv-6696-KBF |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Douglas R. Nemec, enters his appearance in this matter as attorney of record in the above-captioned action, on behalf of Defendants Morgan Stanley, Morgan Stanley & Co., Inc., JP Morgan Chase & Co, J. P. Morgan Securities Inc., J. P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman Sachs & Co, Goldman Sachs Execution & Clearing, LP, SWS Group Inc, and Southwest Securities, Inc., (collectively, "Defendants"), for purposes of receiving notices and orders from the Court.

Dated:  March 12, 2012                Respectfully submitted,


By:   */s/ Douglas R. Nemec*
Douglas R. Nemec
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
Tel:  (212) 735-3000
Fax:  (917) 777-2419
Email:  Douglas.Nemec@skadden.com

*Attorney for Defendants,*
*Morgan Stanley, Morgan Stanley & Co., Inc., JP Morgan Chase & Co, J. P. Morgan Securities Inc., J. P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman Sachs & Co, Goldman Sachs Execution & Clearing, LP, SWS Group Inc, and Southwest Securities, Inc.*