USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 13 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a/ IXO,<br>Plaintiff(s)<br>v.<br>MORGAN STANLEY, et al.,<br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 11 Civ. 6696 (KBF)<br>11 Civ. 6701 (KBF)<br>11 Civ. 6704 (KBF) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Southwest Securities, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).   and SWS Group Inc.

| MCKOOL SMITH, P.C. | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
|---|---|
| *[signature]* | *[signature]* |
| Signature of plaintiffs or plaintiff's counsel | Signature of defendants or defendant's counsel |
| One Bryant Park, 47th Floor | Four Times Square |
| *Address* | *Address* |
| New York, New York 10036 | New York, NY 10036 |
| *City, State & Zip Code* | *City, State & Zip Code* |
| (212) 402-9400 | (212) 735-3000 |
| *Telephone Number* | *Telephone Number* |
| Dated: March 12, 2012 | Dated: March 12, 2012 |

SO ORDERED:   3/13/12

*[signature]* K. B. Forrest
U.S.D.J.

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing document were served on all counsel of record via email on March 12, 2012.

/s/ Brett Cooper