```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 15 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REALTIME DATA, LLC D/B/A IXO

v.

MORGAN STANLEY, et al.

1:11-cv-06696-RJH
1:11-cv-06701-UA
1:11-cv-6704-UA

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____Roger B. Cowie_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____Texas_____; and that his/her contact information is as follows (please print):

Applicant's Name: Roger B. Cowie

Firm Name: Locke Lord Bissell & Liddell, LLP

Address: 2200 Ross Avenue, Suite 2200

City / State / Zip: Dallas, TX 7520;  October 13, 2011

Telephone / Fax: 214-740-8614 / 214-740-8800

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for HSBC Bank USA, NA and HSBC Securities (USA) Inc. in the above-captioned actions.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at **apply for an ECF PASSWORD**.

Dated: 3/15/12

_____
United States District ~~Magistrate Judge~~