```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 15 2012
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REALTIME DATA, LLC D/B/A IXO         1:11-CV-06696 RJH
                                     1:11-CV-06701
v.                                   1:11-CV-06702
                                     1:11-CV-06703
MORGAN STANLEY, et al.               1:11-CV-06704    ECF CASE

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Galyn Dwight Gafford__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Texas__; and that his/her contact information is as follows (please print):

Applicant's Name: Galyn D. Gafford

Firm Name: Locke Lord LLP

Address: 2200 Ross Avenue, Suite 2200

City / State / Zip: Dallas, Texas 75201

Telephone / Fax: (214) 740-8556

E-Mail: ggafford@lockelord.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __HSBC Bank USA, NA and HSBC Securities (USA) Inc.__ in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at **apply for an ECF PASSWORD**

Dated: 3/15/12

_____
United States District ~~Magistrate Judge~~