USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 5 2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REALTIME DATA, LLC D/B/A IXO      1:11-CV-06696 RJH
                                           1:11-CV-06701

v.                                            1:11-CV-06702
                                           1:11-CV-06703

MORGAN STANLEY, et al.          1:11-CV-06704     **ECF CASE**

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ___Michael Scott Fuller_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Texas_____; and that his/her contact information is as follows

(please print):

Applicant's Name: _Michael Scott Fuller_____

Firm Name: _Locke Lord LLP_____

Address: _2200 Ross Avenue, Suite 2200_____

City / State / Zip: _Dallas, Texas 75201_____

Telephone / Fax: ___(214) 740-8601_____

E-Mail: _____sfuller@lockelord.com_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

HSBC Bank USA, NA and HSBC Securities (USA) Inc._____in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at _apply for an ECF PASSWORD_

Dated: 3/15/12

_____
United States District / ~~Magistrate Judge~~