**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 15 2012

REALTIME DATA, LLC d/b/a IXO,

Plaintiff,

vs.

MORGAN STANLEY, et al.,

Defendants.

Case No. 1:11-cv-06696-RJH

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of William F. Lee for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

Applicant's name: William F. Lee

Firm name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 60 State Street

City / State / Zip: Boston, MA 02109

Telephone / Fax: (617) 526-6000 / (617) 526-5000

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Credit Suisse Holdings (USA), Inc., and Credit Suisse Securities (USA) LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 3/15/12

K. B. Forrest

K. Forrest ~~Richard J. Holwell~~
United States District Judge