IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 1:11-cv-6696 KBF |
| | | **ECF CASE** |
| MORGAN STANLEY, ET AL., | § § § | |
| | § | |
| Defendants. | § § | **JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Warren Lipschitz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Realtime Data, LLC D/B/A/ IXO in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 15, 2012.   Respectfully Submitted,

Warren Lipschitz
Texas Bar No. 24078867
wlipschitz@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via e-mail on March 15, 2012.

_____
Warren Lipschitz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 1:11-cv-6696- KBF |
| MORGAN STANLEY, ET AL | § § § | |
| Defendants. | § § § | **JURY TRIAL DEMANDED** |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Warren Lipschitz for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Warren Lipschitz** |
| Firm Name: | **McKool Smith P.C.** |
| Address: | **300 Crescent Court, Suite 1500** |
| City / State / Zip: | **Dallas, TX 75201** |
| Telephone / Fax: | **(214)978-4973 / (212)978-4044** |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Realtime Data, LLC D/B/A/ IXO in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

McKool 438379v1

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: March __, 2012.

_____
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing document were filed via CM/ECF, and were thereby made available to all counsel of record.

_____
Warren Lipschitz

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 13, 2012

RE: **Mr. Warren Henry Lipschitz**
State Bar Number - **24078867**

To Whom it May Concern:

This is to certify that Mr. Warren Henry Lipschitz was licensed to practice law in Texas on November 04, 2011 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

Citibank Disbursement

CITIBANK, N.A.
666 Fifth Ave, 7th Floor
New York, NY 10103
1-8/210

14749

McKOOL SMITH
A PROFESSIONAL CORPORATION
300 CRESCENT COURT, SUITE 1500
DALLAS, TEXAS 75201
(214) 978-4000

| Date | Check | Amount |
|---|---|---|
| 03/12/2012 | 14749 | $200.00 |

PAY  Two Hundred and 00/100 Dollar(s)

TO THE ORDER OF  Clerk of Court Southern District of New York

_____
AUTHORIZED SIGNATURE

⌐▢ Security features. Details on back.

⑈14749⑈ ⑆021000089⑆ 998 2 1 2 1 4 3 4⑈