USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 16 2012

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :       11 Civ. 6696 (KBF)
                    Plaintiff,        :       11 Civ. 6701 (KBF)
                                      :       11 Civ. 6704 (KBF)
          -v-                         :
                                      :
MORGAN STANLEY, et al.,               :
                                      :
                    Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :       11 Civ. 6697 (KBF)
                    Plaintiff,        :       11 Civ. 6699 (KBF)
                                      :       11 Civ. 6702 (KBF)
          -v-                         :
                                      :
CME GROUP INC., et al.                :
                                      :
                    Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :       11 Civ. 6698 (KBF)
                    Plaintiff,        :       11 Civ. 6700 (KBF)
                                      :       11 Civ. 6703 (KBF)
          -v-                         :
                                      :
THOMSON REUTERS, et al.               :
                                      :
                    Defendants.       :
------------------------------------- X
```

KATHERINE B. FORREST, District Judge:

As discussed at today's status conference, it is hereby ORDERED:

1. Each defendant shall (a) produce the source code (or any requested modification thereto) for plaintiff to review not later than **March 27, 2012**, or, if the source code is not

within defendant's control, (b) produce the name of the entity that has possession and/or control of the source code not later than **March 27, 2012**.

2. Defendants shall provide hard copies of those portions of the source code requested by plaintiff not later than **April 2, 2012**.

3. Plaintiff shall provide the "maps" further defining products and claims at issue (the Court refers to the transcript of today's status conference for plaintiff's explanation of these "maps") to defendants not later than **April 16, 2012**.

4. A status conference will be held on **April 16, 2012, at 2:00 p.m.**

5. The parties are to submit video tutorials (in DVD format) regarding the technology at issue not later than **April 16, 2012, at 5:00 p.m.** The videos are to be between 30 and 60 minutes in length. The parties shall meet and confer and inform the Court as to whether the videos should be given any evidentiary weight.

6. Defendants shall revise their invalidity contentions not later than **April 30, 2012**.

7. Should any party move for summary judgment on non-infringement and/or invalidity, opening briefs shall be filed and served not later than **July 12, 2012**; opposition

briefs shall be filed and served not later than **August 2, 2012**; reply briefs shall be filed and served not later than **August 16, 2012**.

8. Should any party move for summary judgment on indefiniteness and/or written description, opening briefs shall be filed and served not later than **April 4, 2012**; opposition briefs shall be filed and served not later than **April 18, 2012**; reply briefs shall be filed and served not later than **April 25, 2012**.

9. Should any party raise a discovery dispute in accordance with this Court's Individual Practices, the opposing party shall respond within 48 hours.

SO ORDERED.

Dated:   New York, New York
         March 16, 2012

_____
KATHERINE B. FORREST
United States District Judge