# McKool Smith

Dirk D. Thomas
Direct Dial: (202) 370-8302
dthomas@mckoolsmith.com

1999 K Street NW
Suite 600
Washington, DC 20006-110[?]

Telephone: (202) 370-8300
Telecopier: (202) 370-8344



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 0 2012

RECEIVED
MAR 2 0 2012
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

March 19, 2012

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, NY 10007

RE: *Realtime Data, LLC v. CME, et al.*, Case No. 1:11-cv-6697, 6699, 6702 (SDNY); *Realtime Data, LLC v. Morgan Stanley, et al.*, Case No. 1:11-cv-6696, 6701, 6704 (SDNY); *Realtime Data, LLC v. Thomson Reuters, et al.*, Case No. 1:11-cv-6698, 6700, 6703 (SDNY)

Dear Judge Forrest:

Pursuant to your honor's individual practice rule 1.E., plaintiff Realtime Data, LLC ("Realtime") and all defendants in the above-identified actions hereby jointly request that the time for submission of opening claim construction briefs be extended from March 19, 2012 until March 22, 2012. This is the first request for an extension of time for these briefs by Realtime or any defendant. An extension to file the opening claim construction brief does not effect any other date set by this Court.

*ok*

Realtime consulted with Mr. Michael Murray, counsel for defendant International Securities Exchange, LLC, who on behalf of all defendants consented to the extension of time and authorized Realtime to submit this request.

Respectfully submitted

Dirk D. Thomas

*Extension granted.*
*3/20/12*

**SO ORDERED:**
*Katherine B. Forrest*

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

**McKool Smith**
A Professional Corporation • Attorneys

Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC

McKool 438863v1