IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | § § | |
| | § | Civil Action No. 1:11-cv-6696 (KBF) |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| MORGAN STANLEY, ET AL., | § | |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that I, Daniel Melman, hereby respectfully enter an appearance for Plaintiff Realtime Data, LLC d/b/a IXO in the above-captioned action.

I certify that I am admitted to practice in this Court and in good standing and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  March 22, 2012

                                                               Respectfully submitted,

                                                                _____/s/ Daniel Melman_____
                                                                 Daniel Melman
                                                                 New York State Bar No. 4021119
                                                                 **MCKOOL SMITH P.C.**
                                                                  1 Bryant Park, 47th Floor
                                                                  New York, New York 10036
                                                                  Telephone:  212-402-9428
                                                                  Facsimile:  212-402-9400
                                                                  dmelman@mckoolsmith.com
                                                                **ATTORNEYS FOR PLAINTIFF**
                                                                **REALTIME DATA, LLC D/B/A IXO**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing Notice of Appearance to be filed with the Court using the ECF electronic filing system, which will provide automatic notice of such filing to all counsel who have appeared in this action.


Dated:  New York, New York
          March 22, 2012

                                          /s/ Daniel Melman
                                             Daniel Melman