# McKool Smith

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 22 2012

Dirk D. Thomas
Direct Dial: (202) 370-8302
dthomas@mckoolsmith.com

1999 K Street NW
Suite 600
Washington, DC 20006-1101

Telephone: (202) 370-8300
Telecopier: (202) 370-8344

March 21, 2012



The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, NY 10007

RE: *Realtime Data, LLC v. CME, et al.*, Case No. 1:11-cv-6697, 6699, 6702 (SDNY); *Realtime Data, LLC v. Morgan Stanley, et al.*, Case No. 1:11-cv-6696, 6701, 6704 (SDNY); *Realtime Data, LLC v. Thomson Reuters, et al.*, Case No. 1:11-cv-6698, 6700, 6703 (SDNY)

Dear Judge Forrest:

Plaintiff Realtime Data, LLC ("Realtime") and all Defendants in the above-identified actions hereby request that the time for submission of Opening Claim Construction briefs be extended from March 22, 2012 until March 26, 2012. This is the second request for an extension of time for these briefs by Realtime or any Defendant.

Plaintiff Realtime consented to Defendants' request to move the filing date from March 19th to March 22nd but did so without recognizing that its expert witness, Dr. Michael Shamos, would have very limited availability during the period of that extension. Dr. Shamos is submitting a declaration in support of Realtime's Markman brief but is travelling in Asia this week and has limited access to emails. Thus, Realtime requests, and Defendants do not object, to extend the deadline for filing the Opening Markman brief to Monday, March 26th. The requested extension will not affect any other deadlines.

ok

Application granted.

3/22/12

SO ORDERED:

*Katherine B. Forrest*

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Respectfully submitted

Dirk D. Thomas

**McKool Smith**
A Professional Corporation • Attorneys

Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC

McKool 439062v1