Forrest J

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: MAR 2 6 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

REALTIME DATA, LLC d/b/a/ IXO,

                Plaintiff,

    -v-

MORGAN STANLEY, et al.,

                Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

11 Civ. 6696 (KBF)
11 Civ. 6701 (KBF)
11 Civ. 6704 (KBF)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Counter Claimants Southwest Securities, Inc. and SWS Group Inc. (collectively, "SWS") and Counter Defendant Realtime Data, LLC d/b/a/ IXO ("Realtime"), through their respective counsel, that all of SWS's claims and counterclaims against Realtime in the above-captioned action are voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c).

| MCKOOL SMITH, P.C. | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
|---|---|
| Brett E. Cooper<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 | Daniel A. DeVito<br>Four Times Square<br>New York, NY 10036<br>Tel: (212) 735-3000<br>Fax: (917) 777-3210 |
| *Attorneys for Plaintiff and Counter Defendant Realtime Data, LLC d/b/a IXO* | *Attorneys for Counter Claimants Southwest Securities, Inc. and SWS Group Inc.* |
| Dated: March 21, 2012 | Dated: March 21, 2012 |

March 26, 2012    **SO ORDERED:**

K. B. Forrest

**U.S.D.J.**

Katherine B. Forrest