USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 6 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> MORGAN STANLEY, § <br> ET AL § <br> § <br> Defendants. § <br> § | Civil Action No. 1:11-cv-6696- KBF <br><br><br><br><br> **JURY TRIAL DEMANDED** |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Warren Lipschitz for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Warren Lipschitz** |
| Firm Name: | **McKool Smith P.C.** |
| Address: | **300 Crescent Court, Suite 1500** |
| City / State / Zip: | **Dallas, TX  75201** |
| Telephone / Fax: | **(214)978-4973 / (212)978-4044** |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Realtime Data, LLC D/B/A/ IXO in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

McKool 438379v1

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: March 26, 2012.

_____
United States District ~~Magistrate~~ Judge
Katherine B Forrest