# Proskauer»

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 0 2 2012
```

James H. Shalek
Member of the Firm

d 212.969.3050
f 212.969.2900
jshalek@proskauer.com
www.proskauer.com

March 29, 2012



RECEIVED
MAR 30 2012
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, NY 10007

Re:   *Realtime Data, LLC v. CME, et al.*, Case No. 1:11-cv-6697, 6699, 6702 (SDNY)
      *Realtime Data, LLC v. Morgan Stanley, et al.*, Case No. 1:11-cv-6696, 6701, 6704 (SDNY);
      *Realtime Data, LLC v. Thomson Reuters, et al*, Case No. 1:11-cv-6698, 6700; 6703 (SDNY)

Dear Judge Forrest:

Pursuant to Rule 1.E of the Court's individual rules of practice, the defendants in the above-referenced actions and plaintiff Realtime Data, LLC ("Realtime") jointly request that the deadline for submission of tutorials on DVD be extended from 5 pm on Monday, April 16, 2012 to 1 pm on Friday, April 20, 2012. This is the first request for such an extension and no other scheduled date will be impacted.

Defendants requested this extension from Realtime because defendants' expert, James Storer, plans to be in Utah heading this year's IEEE data compression conference from April 5th until April 13th. The undersigned consulted with Mr. Thomas, counsel for Realtime, who consented on Realtime's behalf.

Respectfully submitted,

*/s/ James H. Shalek*

James H. Shalek

Granted.

April 2, 2012

SO ORDERED:

*/s/ K. B. Forrest*

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

28056404v1

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC