UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a IXO, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 1:11-cv-6696-KBF |
| | ) | 1:11-cv-6701-KBF |
| vs. | ) | 1:11-cv-6704-KBF |
| | ) | |
| MORGAN STANLEY, ET AL., | ) | JURY TRIAL DEMANDED |
| | ) | ECF Case |
| *Defendants.* | ) ) | |

---

**NOTICE OF JOINDER TO EXCHANGE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO COMPLY
WITH THE WRITTEN DESCRIPTION REQUIREMENT
(DOCKET NO. 570 IN CASE NO. 1:11-CV-6697)**

---

Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., Morgan Stanley, Morgan Stanley & Co, Incorporated, Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC, BNY ConvergEx Group LLC, BNY ConvergEx Execution Solutions LLC, HSBC Bank USA, N.A., and HSBC Securities (USA), Inc. (collectively, the "Bank Defendants") respectfully join the Motion for Summary Judgment for Failure to Comply with the Written Description Requirement filed by the Exchange Defendants in *Realtime Data, LLC v. CME Group, Inc., et al.*, Consolidated Case Nos. 1:11-cv-6697 (Dkt. No. 570; *see also* Dkt. Nos. 571-573), 1:11-cv-6699, and 1:11-cv-6702.[1]  For the reasons presented in the Exchange Defendants' Memorandum of Law in Support of Defendants'

---

[1]     The Bank Defendants understand that a similar notice of joinder will be filed by the Data Provider Defendants in *Realtime Data, LLC v. Thomson Reuters, et al.*, Consolidated Case Nos. 1:11-cv-6698, 1:11-cv-6700, and 1:11-cv-6700.

Motion for Summary Judgment for Failure to Comply with the Written Description Requirement (Dkt. No. 571 in Case No. 1:11-cv-6697), which are incorporated by reference herein, the Bank Defendants respectfully move for summary judgment that the claims of the patents-in-suit identified therein are invalid for failure to comply with the written description requirement.

Dated: April 4, 2012                      Respectfully submitted,

                                          /s/ Daniel A. DeVito
                                          Daniel A. DeVito
                                          Douglas R. Nemec
                                          SKADDEN ARPS SLATE MEAGHER & FLOM LLP
                                          Four Times Square
                                          New York, NY 10036
                                          Phone: (212) 735-3000
                                          Fax: (917) 777-3210
                                          Daniel.DeVito@skadden.com
                                          Douglas.Nemec@skadden.com

                                          Matthew D. Buchanan
                                          Gareth DeWalt
                                          SKADDEN ARPS SLATE MEAGHER & FLOM LLP
                                          525 University Avenue, Suite 1100
                                          Palo Alto, CA 94301
                                          Phone: (650) 470-4500
                                          Fax: (650) 470-4570
                                          Matthew.Buchanan@skadden.com
                                          Gareth.Dewalt@skadden.com

                                          *Attorneys for Defendants Morgan Stanley, Morgan
                                          Stanley & Co. Incorporated, J.P. Morgan Chase &
                                          Co., J.P. Morgan Securities, Inc., J.P. Morgan
                                          Clearing Corp., The Goldman Sachs Group, Inc.,
                                          Goldman, Sachs & Co., and Goldman Sachs
                                          Execution & Clearing, L.P.*

By: _Gregory H. Lantier (with permission.)_
Gregory H. Lantier
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
Phone: (202) 663-6327
Fax: (202) 663-6363
Gregory.Lantier@wilmerhale.com

William F. Lee
Mark G. Matuschak
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Phone: (617) 526-5000
Fax: (617) 526-6000
William.Lee@wilmerhale.com
mark.matuschak@wilmerhale.com

*Attorneys for Credit Suisse Holdings (USA), Inc.
and Credit Suisse Securities (USA), LLC*


By: _Gregory T. Casamento (with permission)_
Edwin R. DeYoung
Roger Brian Cowie
Roy W. Hardin
M. Scott Fuller
Galyn Gafford
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Phone: (214) 740-8000
Fax: (214) 740-8800

Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8600
Fax: (212) 303-2754

*Attorneys for Defendants HSBC Bank USA, N.A.
and HSBC Securities (USA), Inc.*

By: _Steven Cherny (with permission)_

Steven Cherny
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4965
Fax: (212) 446-4900 .
steven.cherny@kirkland.com

Amanda Hollis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2011
Fax: (312) 862-2200
amanda.hollis@kirkland.com

*Attorneys for Defendants BNY ConvergEx Group,
LLC and BNY ConvergEx Execution Solutions,
LLC*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule 5.2 via the Court's CM/ECF system on April 4, 2012, and, as such, was served on all counsel of record.

*/s/ Daniel A. DeVito*
Daniel A. DeVito