UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MORGAN STANLEY, ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:11-cv-6696-KBF <br> 1:11-cv-6701-KBF <br> 1:11-cv-6704-KBF <br> <br> JURY TRIAL DEMANDED |

**DECLARATION OF NICOLE E. FEIT IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE PATENTS-IN-SUIT FOR FAILURE TO SATISFY THE DEFINITENESS AND WRITTEN DESCRIPTION REQUIREMENTS OF 35 U.S.C. § 112**

I, Nicole E. Feit, declare as follows:

1. I am a Senior Associate employed by the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for the Defendants Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC.

2. I submit this declaration in support of the Defendants' motion for partial summary judgment of invalidity of the patents-in-suit for failure to satisfy the definiteness and written description requirements of 35 U.S.C. § 112.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently thereto.

4. A true and correct copy of U.S. Patent No. 7,714,747, titled "Data Compression Systems and Methods," is attached hereto as Exhibit A.

5. A true and correct copy of U.S. Patent No. 7,777,651, titled "System and Method for Data Feed Acceleration and Encryption," is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated:    April 4, 2012
         New York, NY

_____
Nicole E. Feit