# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 1:11-cv-6696 KBF |
| | | **ECF CASE** |
| MORGAN STANLEY, ET AL., | § § § | |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |
| | § | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Laura A. Handley, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Realtime Data, LLC D/B/A/ IXO in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 5, 2012

Respectfully Submitted,

Laura A. Handley
Texas Bar No. 24055024
lhandley@mckoolsmith.com
**McKOOL SMITH, P.C.**
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: 212-402-9400
Facsimile: 212-402-9444

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via e-mail on April 5, 2012.

_____
Laura A. Handley

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:11-cv-6696- KBF |
| | § | |
| MORGAN STANLEY, | § | |
| ET AL | § | |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |
| | § | |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Laura A. Handley for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of Texas; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Laura A. Handley** |
| Firm Name: | **McKool Smith P.C.** |
| Address: | **One Bryant Park, 47th Floor** |
| City / State / Zip: | **New York, NY 10036** |
| Telephone / Fax: | **(212)402-9400 / (212)402-9444** |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Realtime Data, LLC D/B/A/ IXO in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated:April __, 2012.

                                        _____

                                        United States District / Magistrate Judge

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 27, 2012

RE:   **Laura Ann Handley**
       State Bar Number - **24055024**

To Whom it May Concern:

This is to certify that Laura Ann Handley was licensed to practice law in Texas on October 26, 2006 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh

