UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REALTIME DATA, LLC d/b/a IXO,

    Plaintiff

    v.

MORGAN STANLEY, ET AL.,

    Defendant

Civil Action. 1:11cv6696-KBF

**ECF CASE**

## MOTION FOR ADMISSION
## PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Thomas G. Fasone III, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Realtime Data, LLC d/b/a IXO in the above-captioned action.

I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

April 9, 2012

Respectfully submitted,

By: _____
Thomas G. Fasone III
Texas State Bar No. 00785382
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000 (Telephone)
(214) 978-4044 (Facsimile)
tfasone@mckoolsmith.com

*Counsel for Plaintiff Realtime Data, LLC d/b/a IXO*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice has been sent to all counsel for Defendants via electronic mail on this 9th day of April, 2012.

Thomas G. Fasone III

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 2, 2012

Re: Thomas Guy Fasone III, State Bar Number 00785382

To Whom It May Concern:

This is to certify that Mr. Thomas Guy Fasone III was licensed to practice law in Texas on September 18, 1992, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Fasone's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa



REALTIME DATA, LLC d/b/a IXO,

    Plaintiff

    v.

MORGAN STANLEY, ET AL.,

    Defendant

Civil Action. 1:11cv6696-KBF

**ECF CASE**

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of Thomas G. Fasone III, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of Texas; and that his contact information is as folllows:

> Thomas G. Fasone III
> Texas State Bar No. 00785382
> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> (214) 978-4000 (Telephone)
> (214) 978-4044 (Facsimile)
> tfasone@mckoolsmith.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Realtime Data, LLC d/b/a IXO in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

_____
United States District/Magistrate Judge

McKool 440154v1