USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 2 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, § § Plaintiff, § v. § MORGAN STANLEY, § ET AL § Defendants. § § § | Civil Action No. 1:11-cv-6696- KBF<br><br>**JURY TRIAL DEMANDED** |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Laura A. Handley for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of Texas; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Laura A. Handley** |
| Firm Name: | **McKool Smith P.C.** |
| Address: | **One Bryant Park, 47th Floor** |
| City / State / Zip: | **New York, NY 10036** |
| Telephone / Fax: | **(212)402-9400 / (212)402-9444** |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Realtime Data, LLC D/B/A/ IXO in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

McKool 438188v1

Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: April 12, 2012.

_____
United States District ~~Magistrate~~ Judge
Katherine B. Forrest

McKool 438188v1