UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 13 2012

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>Plaintiff<br><br>v.<br><br>MORGAN STANLEY, ET AL.,<br><br>Defendant | Civil Action. 1:11cv6696-KBF<br><br>ECF CASE |

### ORDER FOR ADMISSION
### PRO HAC VICE

The motion of Thomas G. Fasone III, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of Texas; and that his contact information is as folllows:

> Thomas G. Fasone III
> Texas State Bar No. 00785382
> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> (214) 978-4000 (Telephone)
> (214) 978-4044 (Facsimile)
> tfasone@mckoolsmith.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Realtime Data, LLC d/b/a IXO in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

McKool 440154v1

1

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

April 13, 2012

*K. B. Forrest*
United States District/~~Magistrate~~ Judge
Katherine B. Forrest

2