```
                                          ┌─────────────────────────┐
                                          │ USDC SDNY               │
                                          │ DOCUMENT                │
                                          │ ELECTRONICALLY FILED    │
UNITED STATES DISTRICT COURT              │ DOC #:                  │
SOUTHERN DISTRICT OF NEW YORK             │ DATE FILED APR 1 7 2012 │
                                          └─────────────────────────┘
```

```
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :     11 Civ. 6696 (KBF)
                 Plaintiff,          :     11 Civ. 6701 (KBF)
                                     :     11 Civ. 6704 (KBF)
        -v-                          :
                                     :
MORGAN STANLEY, et al.,              :
                                     :
                 Defendants.         :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :     11 Civ. 6697 (KBF)
                 Plaintiff,          :     11 Civ. 6699 (KBF)
                                     :     11 Civ. 6702 (KBF)
        -v-                          :
                                     :
CME GROUP INC., et al.               :
                                     :
                 Defendants.         :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :     11 Civ. 6698 (KBF)
                 Plaintiff,          :     11 Civ. 6700 (KBF)
                                     :     11 Civ. 6703 (KBF)
                                     :
        -v-                          :
                                     :
THOMSON REUTERS, et al.              :
                                     :
                 Defendants.         :
------------------------------------- X
```

KATHERINE B. FORREST, District Judge:

As set forth at the status conference in the above-captioned matters on April 16, 2012, it is hereby

ORDERED that the parties shall submit all joint discovery dispute letters regarding the damages issues discussed at the status conference no later than April 27, 2012.

Regarding Topics 1 through 7 (with particular skepticism as to Topic 5) (the "Topics"), each letter shall state what plaintiff has received from the respective defendant(s) that is/are the subject of the letter, what plaintiff still needs regarding the Topics, and why the defendant(s) refuse(s) to provide what is remaining.  The letter shall only refer to the topics where there is a dispute regarding the discovery to be provided.

Plaintiff shall submit its portion of the letter to each defendant (or group of defendants, where applicable) within two days of the date of the status conference.  As for what the Court will term the "Market Information Provider Defendants" (i.e., Thomson Reuters, et al.), plaintiff shall provide its letters setting forth its rationale for why it is entitled to discovery regarding downstream usage no later than the close of business (i.e., 5:00 p.m. EST) on Monday, April 23, 2012.

SO ORDERED:

Dated:    New York, New York
          April 17, 2012

                              _____
                              KATHERINE B. FORREST
                              United States District Judge