
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 17 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :     11 Civ. 6696 (KBF)
                    Plaintiff,         :     11 Civ. 6701 (KBF)
                                       :     11 Civ. 6704 (KBF)
            -v-                        :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                    Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :     11 Civ. 6697 (KBF)
                    Plaintiff,         :     11 Civ. 6699 (KBF)
                                       :     11 Civ. 6702 (KBF)
            -v-                        :
                                       :
CME GROUP INC., et al.                 :
                                       :
                    Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :     11 Civ. 6698 (KBF)
                    Plaintiff,         :     11 Civ. 6700 (KBF)
                                       :     11 Civ. 6703 (KBF)
                                       :
            -v-                        :
                                       :
THOMSON REUTERS, et al.                :
                                       :
                    Defendants.        :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

In light of yesterday's conference and the Court's directions regarding remaining discovery, this Court DENIES plaintiff Realtime Data, LLC's ("Realtime") remaining open applications regarding discovery as to CME Group Inc. ("CME") as moot.

Realtime and CME should confer on open discovery per the Court's instructions at the April 16, 2012 status conference and include one set of open items for ruling in their joint letter.

SO ORDERED:

Dated:   New York, New York
         April 17, 2012

_____
KATHERINE B. FORREST
United States District Judge