IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:11-cv-06696-KBF |
| MORGAN STANLEY, et al., | ) ECF Case |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Michael D. Saunders, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants, Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P., in the above-captioned action.

I am in good standing of the bar of the state of California and the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 19, 2012

Respectfully submitted,

By: *Michael Saunders*
Michael D. Saunders
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue - Suite 1100
Palo Alto, California 94301
Tel:  (650) 470-4500
Fax: (650) 470-4570
Email:  michael.saunders@skadden.com



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 17, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL DAVID SAUNDERS, #259692 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### MICHAEL SAUNDERS

was on the  5TH  day of  OCTOBER, 2009  duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 19, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _Christopher C. D._
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| REALTIME DATA, LLC d/b/a/ IXO,<br><br>                    Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY, et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:11-cv-06696-KBF<br>)<br>)  ECF Case<br>)<br>)<br>) |

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Michael D. Saunders, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and of the District of Columbia; and that his contact information is as follows:

Michael D. Saunders
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue - Suite 1100
Palo Alto, California 94301
Tel: (650) 470-4500
Fax: (650) 470-4570
Email: michael.saunders@skadden.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P., in the above entitled action; IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____    _____
                                  United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served via first class mail on counsel of record.

Dated: April 23, 2012

/s/ Peter Spaet
Peter Spaet