UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 27 2012

------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,                :
                                             :      11 Civ. 6696 (KBF)
                          Plaintiff,         :      11 Civ. 6701 (KBF)
                                             :      11 Civ. 6704 (KBF)
            -v-                              :
                                             :
MORGAN STANLEY, et al.,                      :
                                             :
                          Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,                :
                                             :      11 Civ. 6697 (KBF)
                          Plaintiff,         :      11 Civ. 6699 (KBF)
                                             :      11 Civ. 6702 (KBF)
            -v-                              :
                                             :
CME GROUP INC., et al.                       :
                                             :
                          Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,                :
                                             :      11 Civ. 6698 (KBF)
                          Plaintiff,         :      11 Civ. 6700 (KBF)
                                             :      11 Civ. 6703 (KBF)
            -v-                              :
                                             :
THOMSON REUTERS, et al.                      :
                                             :
                          Defendants.        :
------------------------------------ X

KATHERINE B. FORREST, District Judge:

     Having reviewed NYSE's April 24, 2012 and Realtime's April

25, 2012 response thereto, it is hereby

     ORDERED that the deadline for supplementing invalidity

contentions adjourned to seven days after completion of Mr.

Fallon's deposition, so long as that deposition occurs prior to May 15, 2012.

The parties should notify the Court if the deposition is adjourned for any reason.


    SO ORDERED:

Dated:    New York, New York
          April 27, 2012

                                    _____
                                          KATHERINE B. FORREST
                                       United States District Judge