IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 3 0 2012

REALTIME DATA, LLC d/b/a/ IXO,

    Plaintiff,

vs.

MORGAN STANLEY, et al.,

    Defendants.

Civil Action No. 1:11-cv-06696-KBF

ECF Case

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Michael D. Saunders, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and of the District of Columbia; and that his contact information is as follows:

Michael D. Saunders
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue - Suite 1100
Palo Alto, California 94301
Tel: (650) 470-4500
Fax: (650) 470-4570
Email: michael.saunders@skadden.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P., in the above entitled action; IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: 4/30/12

_____
United States District ~~/ Magistrate~~ Judge
Katherine B. Forrest