USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 01 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :    11 Civ. 6696 (KBF)
                    Plaintiff,         :    11 Civ. 6701 (KBF)
                                       :    11 Civ. 6704 (KBF)
        -v-                            :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                    Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :    11 Civ. 6697 (KBF)
                    Plaintiff,         :    11 Civ. 6699 (KBF)
                                       :    11 Civ. 6702 (KBF)
        -v-                            :
                                       :
CME GROUP INC., et al.                 :
                                       :
                    Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :    11 Civ. 6698 (KBF)
                    Plaintiff,         :    11 Civ. 6700 (KBF)
                                       :    11 Civ. 6703 (KBF)
        -v-                            :
                                       :
THOMSON REUTERS, et al.                :
                                       :
                    Defendants.        :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED that the Markman hearing originally scheduled to take place from May 2, 2012 through May 4, 2012, shall now be heard on May 4, 2012 only.

    The hearing will start promptly at 9:00 a.m.  All counsel should be prepared to start at that time.

Courtroom 15A will be open at 6:30 a.m. for the set-up of all requested electronic equipment.

SO ORDERED:

Dated:   New York, New York
         May __1__, 2012

_____
KATHERINE B. FORREST
United States District Judge