IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:11-cv-6696-KBF |
| vs. | ) ) ) | |
| MORGAN STANLEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Stacey L. Cohen, enters her appearance in this matter as attorney of record in the above-captioned action, on behalf of Defendants Morgan Stanley, Morgan Stanley & Co., Inc., JP Morgan Chase & Co, J. P. Morgan Securities Inc., J. P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman Sachs & Co, and Goldman Sachs Execution & Clearing, LP, (collectively, "Defendants"), for purposes of receiving notices and orders from the Court.

Dated:  May 3, 2012                Respectfully submitted,


                                                  By:  /s/ Stacey L. Cohen
                                                  Stacey L. Cohen
                                                  SKADDEN ARPS SLATE MEAGHER & FLOM LLP
                                                  Four Times Square
                                                  New York, NY  10036
                                                  Tel:  (212) 735-3000
                                                  Fax:  (917) 777-2622
                                                  Email:  Stacey.Cohen@skadden.com

*Attorney for Defendants,*
*Morgan Stanley, Morgan Stanley & Co., Inc., JP Morgan Chase & Co, J. P. Morgan Securities Inc., J. P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman Sachs & Co, and Goldman Sachs Execution & Clearing, LP,*