UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Realtime Data, LLC d/b/a IXO<br><br>                 Plaintiff,<br>v.<br><br>Morgan Stanley, et. al, CME et. al, Thomson Reuters<br><br>                 Defendants. | Civil Action Nos. 1:11-CV-6696<br>1:11-CV-6697<br>1:11-CV-6698 |

### NOTICE OF MOTION TO QUASH OR MODIFY SUBPOENA

    PLEASE TAKE NOTICE, that upon the annexed declarations of Ronald S. Indeck, Ph.D. and Marisa Sarig, together with the exhibits thereto, Third-Party Exegy Incorporated will move this Court, before the Honorable Katherine B. Forrest, at the United States Courthouse, Courtroom 15-A, 500 Pearl Street, New York, New York, at a date and time to be determined, for an order pursuant to Rule 45(c) of the Federal Rules of Civil Procedure quashing or modifying the Subpoena issued by Plaintiff Realtime Data, LLC d/b/a IXO and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 11, 2012

By: _____
Maura J. Wogan
Marisa Sarig
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 980-0120
mwogan@fkks.com
msarig@fkks.com

5534087

THOMPSON COBURN, LLP
Alan H. Norman*
Brian A. Lamping*
Matthew A. Braunel*
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
anorman@thompsoncoburn.com
blamping@thompsoncoburn.com
mbraunel@thompsoncoburn.com
*pro hac vice motions to be filed

*Attorneys for Third Party Exegy Incorporated*