UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Realtime Data, LLC d/b/a IXO

               Plaintiff,

v.

Morgan Stanley, et. al, CME et. al, Thomson Reuters

               Defendant.

Civil Action Nos.  1:11-CV-6696
                          1:11-CV-6697
                          1:11-CV-6698

---

### DECLARATION OF MARISA SARIG

I, MARISA SARIG, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney associated with the law firm of Frankfurt Kurnit Klein & Selz, P.C., local counsel for third-party Exegy Incorporated ("Exegy") in the above-captioned action. I submit this declaration in support of Exegy's motion to quash or modify the subpoena served by Plaintiff Realtime Data, LLC d/b/a IXO ("Realtime") on or about March 30, 2012.

2. Attached hereto as Exhibit 1 is a true and correct copy of a subpoena issued by the United States District Court for the Southern District of New York to Exegy, dated March 29, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter to Kevin Schubert from Matthew A. Braunel, dated April 9, 2012.

4. Attached hereto as Exhibit 3 are various communications between counsel for Exegy and counsel for Realtime, arranged in chronological order.

Dated: May 11, 2012
       New York, New York

                                                      _/s/ Marisa Sarig_
                                                      Marisa Sarig