UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
                                             Case No.
                        Plaintiff,


        -against-


                        Defendant.
--------------------------------------------------------
                        NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐       I have cases pending                    ☐       I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:


                _____
                        FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
            ☐       An attorney
            ☐       A Government Agency attorney
            ☐       A Pro Hac Vice attorney


FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:       FIRM NAME:_____
                FIRM ADDRESS:_____
                FIRM TELEPHONE NUMBER:_____
                FIRM FAX NUMBER:_____

NEW FIRM:       FIRM NAME:_____
                FIRM ADDRESS:_____
                FIRM TELEPHONE NUMBER:_____
                FIRM FAX NUMBER:_____


        ☐       I will continue to be counsel of record on the above-entitled case at my new firm/agency.


        ☐       I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
                was entered on _____ by Judge_____.

Dated:                          _Gregory T. Casamento_
                                _____
                                ATTORNEY'S SIGNATURE