IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, ET AL.,<br><br>Defendants. | § § § § § § § § § § § § § | No. 11 Civ. 6696 (KBF)<br>No. 11 Civ. 6701 (KBF)<br>No. 11 Civ. 6704 (KBF)<br><br><br>ECF Case |
| REALTIME DATA, LLC D/B/A/ IXO,<br><br>Plaintiff,<br><br>v.<br><br>CME GROUP INC., ET AL.,<br><br>Defendants. | § § § § § § § § § § § § § | No. 11 Civ. 6697 (KBF)<br>No. 11 Civ. 6699 (KBF)<br>No. 11 Civ. 6702 (KBF)<br><br><br>ECF Case |
| REALTIME DATA, LLC D/B/A/ IXO,<br><br>Plaintiff,<br><br>v.<br><br>THOMSON REUTERS, ET AL.,<br><br>Defendants. | § § § § § § § § § § § § § | No. 11 Civ. 6698 (KBF)<br>No. 11 Civ. 6700 (KBF)<br>No. 11 Civ. 6703 (KBF)<br><br><br>ECF Case |

**REALTIME'S MOTION TO SUPPLEMENT THE RECORD
REGARDING THE PENDING MARKMAN CLAIM
CONSTRUCTION MOTIONS**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Realtime Data, LLC d/b/a/ IXO ("Realtime"), upon the accompanying memorandum of law, hereby moves for leave to supplement the record regarding the pending Markman claim construction motions.

| | |
|---|---|
| DATED: May 15, 2012 | RESPECTFULLY SUBMITTED, |

**McKool Smith, P.C.**

*/s/ Dirk D. Thomas*

Robert A. Cote
rcote@mckoolsmith.com
Brett E. Cooper
bcooper@mckoolsmith.com
Daniel J. Melman
dmelman@mckoolsmith.com
Lauren L. Fornarotto
lfornarotto@mckoolsmith.com
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Dirk D. Thomas
dthomas@mckoolsmith.com
1999 K Street NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8302
Facsimile: (202) 370-8344

**ATTORNEYS FOR PLAINTIFF
REALTIME DATA, LLC D/B/A/ IXO**

## CERTIFICATE OF SERVICE

  The undersigned certifies that true and correct copies of the foregoing document were served via email to all counsel of record on May 15, 2012.

*/s/ Daniel J. Melman*
Daniel J. Melman
