```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5-17-12
```

Case↻ ↻

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA McKENZIE and
ANTON BERNARD,

                    Plaintiffs,

  - against -

ROSE ASSOCIATES, INC. and
EXPERIAN CREDIT INFORMATION
SOLUTIONS, INC.,

                    Defendants.

12-cv-3388 (PKC)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between Fishman & Mallon, LLP, attorneys for plaintiffs, Angela McKenzie and Anton Bernard, and Lebensfeld Borker Sussman & Sharon LLP, attorneys for Rose Associates, Inc. ("Rose Associates"), a defendant herein, as follows:

      1.    The time for Rose Associates to answer, or move in respect of, the complaint, subject to the approval of the Court, is extended from May 22, 2012 to **June 21, 2012.**

      2.    This Stipulation may be executed in counterparts or by facsimile or by electronic transmission (PDF). Faxed signatures on this Stipulation and signatures transmitted by email are considered as originals.

      3.    No previous application for the requested relief has been made.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated: New York, New York
    May 16, 2012

| | |
|---|---|
| **FISHMAN & MALLON, LLP**<br><br>By: _/s/_____<br>    Kevin C. Mallon (KCM-4798)<br>305 Broadway, Suite 900<br>New York, NY 10007<br>Telephone: (212) 822-1474<br>Email: kmallon@lawsuites.net<br>*Attorneys for Plaintiffs* | **LEBENSFELD BORKER SUSSMAN &<br>SHARON LLP**<br><br>By: _/s/_____<br>    Stephen Sussman (SS-1072)<br>31 South Street, Suite 2S<br>Mount Vernon, NY 10550<br>Telephone: (212) 594-2030<br>Email: steve.sussman@lbands.com<br>*Attorneys for Defendant, Rose Associates, Inc.* |

**SO ORDERED:**

_/s/_____
P. Kevin Castel, United States District Judge

Date: 5-17, 2012

2