UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, | ) |
| *Plaintiff,* | ) Case No. 1:11-cv-6696-KBF |
| vs. | ) 1:11-cv-6701-KBF |
| | ) 1:11-cv-6704-KBF |
| MORGAN STANLEY, ET AL., | ) JURY TRIAL DEMANDED |
| | ) ECF Case |
| *Defendants.* | ) |

**NOTICE OF JOINDER TO EXCHANGE DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO REALTIME'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON THE PENDING MARKMAN CLAIM CONSTRUCTION MOTIONS (DOCKET NO. 624 IN CASE NO. 1:11-CV-6697)**

Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., Morgan Stanley, Morgan Stanley & Co, Incorporated, BNY ConvergEx Group LLC, BNY ConvergEx Execution Solutions LLC, HSBC Bank USA, N.A., and HSBC Securities (USA), Inc. (collectively, "Bank Defendants") respectfully join the Memorandum of Law in Opposition to Realtime's Motion for Leave to Supplement the Record on the Pending Markman Claim Construction Motions filed by the Exchange Defendants in *Realtime Data, LLC v. CME Group, Inc., et al.*, Consolidated Case Nos. 1:11-cv-6697 (Dkt. No. 624), 1:11-cv-6699, and 1:11-cv-6702.[1]  For the reasons presented in the Exchange Defendants' Opposition, Bank Defendants respectfully request that the Court deny Realtime's Motion for Leave to Supplement.

---

[1] The Bank Defendants understand that a similar notice of joinder will be filed by the Data Provider Defendants in *Realtime Data, LLC v. Thomson Reuters, et al.*, Consolidated Case Nos. 1:11-cv-6698, 1:11-cv-6700, and 1:11-cv-6700.

1

Dated: May 18, 2012                         Respectfully submitted,

     /s/ *Daniel A. DeVito*_____
Daniel A. DeVito
Douglas R. Nemec
Stacey L. Cohen
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
Phone: (212) 735-3000
Fax: (917) 777-3210
Daniel.DeVito@skadden.com
Douglas.Nemec@skadden.com
Stacey.Cohen@skadden.com

Gareth DeWalt
Michael D. Saunders
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Phone: (650) 470-4500
Fax: (650) 470-4570
Gareth.Dewalt@skadden.com
Michael.Saunders@skadden.com

***Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P.***

By: */s/ M. Scott Fuller (with permission)*_____
Edwin R. DeYoung
Roger Brian Cowie
Roy W. Hardin
M. Scott Fuller
Galyn Gafford
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Phone: (214) 740-8000
Fax: (214) 740-8800

2

        Gregory T. Casamento
        LOCKE LORD LLP
        Three World Financial Center
        New York, NY  10281-2101
        Phone: (212) 415-8600
        Fax: (212) 303-2754

        ***Attorneys for Defendants HSBC Bank USA, N.A. and HSBC Securities (USA), Inc.***


        By: <u>*/s/ Michael J. Gulliford (with permission)*</u>
        Steven Cherny
        Michael J. Gulliford
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, NY  10022
        Phone: (212) 446-4965
        Fax: (212) 446-4900
        steven.cherny@kirkland.com
        michael.gulliford@kirkland.com

        Amanda Hollis
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, IL  60654
        Phone: (312) 862-2011
        Fax: (312) 862-2200
        amanda.hollis@kirkland.com

        ***Attorneys for Defendants BNY ConvergEx Group, LLC and BNY ConvergEx Execution Solutions, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule 5.2 via the Court's CM/ECF system on May 18, 2012, and, as such, was served on all counsel of record.

        /s/ *Daniel A. DeVito*  
        Daniel A. DeVito