```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 3 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :     11 Civ. 6696 (KBF)
                     Plaintiff,        :     11 Civ. 6701 (KBF)
                                       :     11 Civ. 6704 (KBF)
          -v-                          :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                     Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :     11 Civ. 6697 (KBF)
                     Plaintiff,        :     11 Civ. 6699 (KBF)
                                       :     11 Civ. 6702 (KBF)
          -v-                          :
                                       :
CME GROUP INC., et al.                 :
                                       :
                     Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :     11 Civ. 6698 (KBF)
                     Plaintiff,        :     11 Civ. 6700 (KBF)
                                       :     11 Civ. 6703 (KBF)
          -v-                          :
                                       :
THOMSON REUTERS, et al.                :
                                       :
                     Defendants.       :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

   1.   Stop the shenanigans at depositions. Period. This
        Court has no patience for behavior like that exhibited
        at the deposition of Marc Batten (as well as others
        that have been brought to the Court's attention). It
        is unnecessary and unacceptable.

2. Is there a videotape of the Batten deposition? If so, please provide it to the Court immediately on a CD-ROM/DVD.

3. The Court is disturbed by the conduct of counsel at the deposition of Mr. Batten. All defense counsel should limit themselves to the single word "Objection," or the phrase "Privileged, instruct not to answer." Any other need for colloquy should be brought to the Court's attention immediately (including during the course of the deposition).

4. If there is a videotape of the Batten deposition and the conduct evidenced by the transcript is shown to be true--and it is as nasty as it appears--this Court will consider sanctions.

SO ORDERED:

Dated:  New York, New York
        May 23, 2012

_____
KATHERINE B. FORREST
United States District Judge