```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 25 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :          11 Civ. 6696 (KBF)
                       Plaintiff,      :          11 Civ. 6701 (KBF)
                                       :          11 Civ. 6704 (KBF)
            -v-                        :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                       Defendants.     :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :          11 Civ. 6697 (KBF)
                       Plaintiff,      :          11 Civ. 6699 (KBF)
                                       :          11 Civ. 6702 (KBF)
            -v-                        :
                                       :
CME GROUP INC., et al.                 :
                                       :
                       Defendants.     :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :          11 Civ. 6698 (KBF)
                       Plaintiff,      :          11 Civ. 6700 (KBF)
                                       :          11 Civ. 6703 (KBF)
            -v-                        :
                                       :
THOMSON REUTERS, et al.                :
                                       :
                       Defendants.     :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

   IT IS ORDERED that Plaintiff Realtime Data, LLC's request for an extension of the discovery deadline is DENIED.

   SO ORDERED:

Dated:   New York, New York
         May 25, 2012

                                          /s/ K. B. Forrest
                                    _____
                                          KATHERINE B. FORREST
                                       United States District Judge