USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 5 2012

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,       :
                                    :          11 Civ. 6696 (KBF)
                 Plaintiff,         :          11 Civ. 6701 (KBF)
                                    :          11 Civ. 6704 (KBF)
          -v-                       :
                                    :
MORGAN STANLEY, et al.,             :
                                    :
                 Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,       :
                                    :          11 Civ. 6697 (KBF)
                 Plaintiff,         :          11 Civ. 6699 (KBF)
                                    :          11 Civ. 6702 (KBF)
          -v-                       :
                                    :
CME GROUP INC., et al.              :
                                    :
                 Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,       :
                                    :          11 Civ. 6698 (KBF)
                 Plaintiff,         :          11 Civ. 6700 (KBF)
                                    :          11 Civ. 6703 (KBF)
          -v-                       :
                                    :
THOMSON REUTERS, et al.             :
                                    :
                 Defendants.        :
------------------------------------ X
```

KATHERINE B. FORREST, District Judge:

With regard to the ongoing discovery dispute between plaintiff Realtime Data, LLC ("Realtime") and third-party Redline Trading Solutions, Inc. ("Redline"), it is hereby

ORDERED that New Jersey escrow is fine.

There should be some reasonable ability to print a small portion of code--not the entirety of the code.

All other relief requested by Realtime is DENIED.


SO ORDERED:


Dated:   New York, New York
         May 25, 2012

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge