```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :         11 Civ. 6696 (KBF)
                    Plaintiff,        :         11 Civ. 6701 (KBF)
                                      :         11 Civ. 6704 (KBF)
        -v-                           :
                                      :
MORGAN STANLEY, et al.,               :
                                      :
                    Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :         11 Civ. 6697 (KBF)
                    Plaintiff,        :         11 Civ. 6699 (KBF)
                                      :         11 Civ. 6702 (KBF)
        -v-                           :
                                      :
CME GROUP INC., et al.                :
                                      :
                    Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :         11 Civ. 6698 (KBF)
                    Plaintiff,        :         11 Civ. 6700 (KBF)
                                      :         11 Civ. 6703 (KBF)
                                      :
        -v-                           :
                                      :
THOMSON REUTERS, et al.               :
                                      :
                    Defendants.       :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 24 2012

KATHERINE B. FORREST, District Judge:

The Court is in receipt of Mr. Hattenbach's May 23, 2012 letter regarding his behavior at the deposition of Mr. Batten. Upon receipt of that letter, the Court will do nothing further in this matter.

However, all counsel in all of the above-captioned cases should conduct themselves professionally and appropriately with

each other, in depositions and out. All counsel should be advised that the Court is now putting you on notice that it will not hesitate to revoke pro hac vice admission or issue other sanctions in the future if similar situations--or other clear violations of orders of this Court--occur.

SO ORDERED:

Dated:   New York, New York
         May 24, 2012

                                    /s/ K. B. Forrest
                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge