```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :       11 Civ. 6696 (KBF)
                  Plaintiff,         :       11 Civ. 6701 (KBF)
                                     :       11 Civ. 6704 (KBF)
        -v-                          :
                                     :
MORGAN STANLEY, et al.,              :
                                     :
                  Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :       11 Civ. 6697 (KBF)
                  Plaintiff,         :       11 Civ. 6699 (KBF)
                                     :       11 Civ. 6702 (KBF)
        -v-                          :
                                     :
CME GROUP INC., et al.               :
                                     :
                  Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :       11 Civ. 6698 (KBF)
                  Plaintiff,         :       11 Civ. 6700 (KBF)
                                     :       11 Civ. 6703 (KBF)
        -v-                          :
                                     :
THOMSON REUTERS, et al.              :
                                     :
                  Defendants.        :
------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 24 2012

KATHERINE B. FORREST, District Judge:

The Court has reviewed the transcripts of Mr. Fallon's deposition and notes a number of inappropriate assertions of privilege. Accordingly, it is hereby

ORDERED that CME's request for additional deposition time for a 30(b)(6) witness on topics 2, 8, and 13 is GRANTED.

Plaintiff Realtime Data, LLC ("Realtime") should provide a 30(b)(6) witness knowledgeable on those topics (including Mr. Fallon, if he is the only one knowledgeable on those topics) for an additional deposition to last a reasonable period of time,

IT IS FURTHER ORDERED that Realtime should carefully review the transcripts of Mr. Fallon's deposition and consider withdrawing certain objections or risk preclusion on certain issues at trial.

SO ORDERED:

Dated:  New York, New York
        May 24, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge