USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 6 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :        11 Civ. 6696 (KBF)
                    Plaintiff,         :        11 Civ. 6701 (KBF)
                                       :        11 Civ. 6704 (KBF)
           -v-                         :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                    Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :        11 Civ. 6697 (KBF)
                    Plaintiff,         :        11 Civ. 6699 (KBF)
                                       :        11 Civ. 6702 (KBF)
           -v-                         :
                                       :
CME GROUP INC., et al.                 :
                                       :
                    Defendants.        :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :        11 Civ. 6698 (KBF)
                    Plaintiff,         :        11 Civ. 6700 (KBF)
                                       :        11 Civ. 6703 (KBF)
                                       :
           -v-                         :
                                       :
THOMSON REUTERS, et al.                :
                                       :
                    Defendants.        :
------------------------------------ X

KATHERINE B. FORREST, District Judge:

       With respect to the discovery dispute between plaintiff

Realtime Data LLC ("Realtime") and defendant Interactive Data

Corporation ("IDC"), in the Realtime Data LLC v. Thomson

Reuters, et al. cases, the Court ORDERS as follows:

1.  The parties are to comply with the Court's <u>prior</u> orders on document discovery.

2.  Bring to the Court discovery <u>ordered</u> pursuant to those orders and not provided and the Court will consider sanctions, if appropriate.

3.  All parties are on notice (in all of the above-captioned actions, not just the <u>Thomson Reuters</u> actions) that information <u>not</u> produced cannot be used affirmatively during motion practice or at trial.


SO ORDERED:


Dated:      New York, New York
            June  6 , 2012


                              _____
                                   KATHERINE B. FORREST
                              United States District Judge