```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #:
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: JUN 06 2012
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :      11 Civ. 6696 (KBF)
                        Plaintiff,   :      11 Civ. 6701 (KBF)
                                     :      11 Civ. 6704 (KBF)
           -v-                       :
                                     :
MORGAN STANLEY, et al.,              :
                                     :
                        Defendants.  :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :      11 Civ. 6697 (KBF)
                        Plaintiff,   :      11 Civ. 6699 (KBF)
                                     :      11 Civ. 6702 (KBF)
           -v-                       :
                                     :
CME GROUP INC., et al.               :
                                     :
                        Defendants.  :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :      11 Civ. 6698 (KBF)
                        Plaintiff,   :      11 Civ. 6700 (KBF)
                                     :      11 Civ. 6703 (KBF)
                                     :
           -v-                       :
                                     :
THOMSON REUTERS, et al.              :
                                     :
                        Defendants.  :
------------------------------------ X
```

KATHERINE B. FORREST, District Judge:

With respect to the discovery dispute between plaintiff Realtime Data LLC ("Realtime") and the Chicago Board of Options Exchange, Incorporated ("CBOE"), in the Realtime Data LLC v. CME, et al. cases, the Court ORDERS as follows:

No interrogatories need be answered by anyone at this time.

SO ORDERED:

Dated:   New York, New York
         June 6, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge