```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,            :
                                         :       11 Civ. 6696 (KBF)
                      Plaintiff,         :       11 Civ. 6701 (KBF)
                                         :       11 Civ. 6704 (KBF)
             -v-                         :
                                         :
MORGAN STANLEY, et al.,                  :
                                         :
                      Defendants.        :
---------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,            :
                                         :       11 Civ. 6697 (KBF)
                      Plaintiff,         :       11 Civ. 6699 (KBF)
                                         :       11 Civ. 6702 (KBF)
             -v-                         :
                                         :
CME GROUP INC., et al.                   :
                                         :
                      Defendants.        :
---------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,            :
                                         :       11 Civ. 6698 (KBF)
                      Plaintiff,         :       11 Civ. 6700 (KBF)
                                         :       11 Civ. 6703 (KBF)
                                         :
             -v-                         :
                                         :
THOMSON REUTERS, et al.                  :
                                         :
                      Defendants.        :
---------------------------------------- X
```

KATHERINE B. FORREST, District Judge:

With respect to the discovery dispute between plaintiff Realtime Data LLC ("Realtime") and Credit Suisse Securities (USA) LLC and Credit Suisse Holdings (USA), Inc. (collectively, "Credit Suisse") in the <u>Realtime Data LLC v. Morgan Stanley, et al.</u> actions, the Court ORDERS as follows:

There is no additional discovery from Credit Suisse. (The discovery already provided by Credit Suisse detailed in its June 1, 2012 is all discovery that shall be had in this matter.)

Credit Suisse should be aware of any potential preclusion that could result from information not provided.

SO ORDERED:

Dated:   New York, New York
         June 6, 2012

_____
KATHERINE B. FORREST
United States District Judge