UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,   ) | |
| ) | |
| *Plaintiff,*   ) | Case No. 1:11-cv-6696-KBF |
| ) | 1:11-cv-6701-KBF |
| vs.   ) | 1:11-cv-6704-KBF |
| ) | |
| MORGAN STANLEY, ET AL.,   ) | JURY TRIAL DEMANDED |
| ) | ECF Case |
| *Defendants.*   ) | |
| ) | |

**DECLARATION OF GREGORY H. LANTIER IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE PATENTS-IN-SUIT FOR FAILURE TO SATISFY THE DEFINITENESS AND WRITTEN DESCRIPTION REQUIREMENTS OF 35 U.S.C. § 112**

I, Gregory H. Lantier, declare as follows:

1. I am a Partner at Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for the Defendants Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC.

2. I submit this declaration in support of the Defendants' Supplemental Submission in support of their motion for partial summary judgment of invalidity of the patents-in-suit for failure to satisfy the definiteness and written description requirements of 35 U.S.C. § 112.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently thereto.

4. A true and correct copy of U.S. Patent 6,195,024 is attached hereto as Exhibit A.

5. A true and correct copy of the June 4, 2012 deposition of Mr. Frank V. DeRosa ("DeRosa Deposition") is attached hereto as Exhibit B.

6. A true and correct copy of Exhibit 14 from the DeRosa Deposition is attached hereto as Exhibit C.

- 2 -

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: June 13, 2012

New York, NY

/s/ Gregory H. Lantier

Gregory H. Lantier