# WILMERHALE

June 13, 2012

**By Email**

Gregory H. Lantier

+1 202 663 6327(t)
+1 202 663 6363(f)
gregory.lantier@wilmerhale.com

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 14 2012

Re: Realtime Data, LLC D/B/A IXO v. Morgan Stanley, et al,
   Civil Action Nos. 1:11-cv-06696-KBF; 1:11-cv-06701-KBF,
   1:11-cv-06704-KBF

Dear Judge Forrest:

    My firm represents the Credit Suisse defendants in the above-referenced actions. I write to respectfully request that Your Honor direct the Clerk to remove the following entries from the public CM/ECF system:

    1:11-cv-06696-KBF: Docket Nos. 490 and 491-2

    1:11-cv-06701-KBF: Docket Nos. 93 and 94-2

    1:11-cv-06704-KBF: Docket Nos. 96 and 97-2.

    I filed these documents this afternoon. Shortly afterwards, plaintiff Realtime notified defendants that it wishes to designate material included in them as confidential under the Protective Order (1:11-cv-06696-KBF, No. 296), as it is entitled to do. As such, we also seek leave to re-file both documents under seal. Counsel for Realtime consents to this request to remove these materials from the publicly available docket and to our request for leave to file under seal.

    I will ensure that similar miscommunications do not occur in the future. I am in trial, but my colleague Nicole Feit is available if any additional steps are necessary to address this issue. She can be reached directly at 212-295-6358.

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

ACTIVEUS 91912658v1

WILMERHALE

Hon. Katherine B. Forrest
June 13, 2012
Page 2

Respectfully submitted,

*Gregory H. Lantier* (signature)

Gregory H. Lantier

cc: Brett Cooper, Esq. (by email)
    Counsel of Record (by email)

The Clerk of Court is directed to remove the docket numbers in the cases as stated above.

June 14, 2012

SO ORDERED:

*K. B. Forrest* (signature)

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

ACTIVEUS 91912658v1