UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>                *Plaintiff*,<br><br>vs.<br><br>MORGAN STANLEY, ET AL.,<br><br>                *Defendants*. | Case No. 1:11-cv-6696-KBF<br>1:11-cv-6701-KBF<br>1:11-cv-6704-KBF<br><br>JURY TRIAL DEMANDED<br>ECF Case |

**NOTICE OF JOINDER TO EXCHANGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 (DOCKET NO. 647 IN CASE NO. 1:11-CV-6697)**

Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., Morgan Stanley, Morgan Stanley & Co, Incorporated, Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC, (collectively, "Bank Defendants") respectfully join the Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. § 101 filed by the Exchange Defendants in *Realtime Data, LLC v. CME Group, Inc., et al.*, Consolidated Case Nos. 1:11-cv-6697 (Dkt. No. 647), 1:11-cv-6699, and 1:11-cv-6702. For the reasons presented in the Exchange Defendants' Memorandum of Law in Support of the Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. § 101, which are incorporated by reference herein, the Bank Defendants respectfully request the same relief sought in the Exchange Defendants' Motion.

Dated: June 25, 2012                    Respectfully submitted,

/s/ *Daniel A. DeVito*
Daniel A. DeVito
Douglas R. Nemec
Stacey L. Cohen
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (917) 777-3210
Daniel.DeVito@skadden.com
Douglas.Nemec@skadden.com
Stacey.Cohen@skadden.com

Gareth DeWalt
Michael D. Saunders
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Phone: (650) 470-4500
Fax: (650) 470-4570
Gareth.Dewalt@skadden.com
Michael.Saunders@skadden.com

***Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P.***

By: Gregory H. Lantier (with permission)
Gregory H. Lantier
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Phone: (202) 663-6327
Fax: (202) 663-6363
Gregory.Lantier@wilmerhale.com

William F. Lee
Mark G. Matuschak
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

2

Phone: (617) 526-5000
Fax: (617) 526-6000
William.Lee@wilmerhale.com
mark.matuschak@wilmerhale.com

***Attorneys for Credit Suisse Holdings (USA), Inc.
and Credit Suisse Securities (USA), LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule 5.2 via the Court's CM/ECF system on June 25, 2012, and, as such, was served on all counsel of record.

*/s/ Daniel A. DeVito*
Daniel A. DeVito
