UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, | ) |
| Plaintiff, | ) Case No. 1:11-cv-6696-KBF |
| vs. | ) 1:11-cv-6701-KBF |
| | ) 1:11-cv-6704-KBF |
| MORGAN STANLEY, ET AL., | ) JURY TRIAL DEMANDED |
| | ) ECF Case |
| Defendants. | ) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts of the Southern District of New York, I, Amy VanHeuverzwyn, a member in good standing of the bar in the State of Massachusetts, request admission to practice *Pro Hac Vice* before the Honorable Katherine B. Forrest, to represent Credit Suisse Securities Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC, in the above captioned action.

My address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, Telephone: (617) 526-6057, e-mail: amy.vanheuverzwyn@wilmerhale.com.

I agree to pay the fee of $200 upon approval by this Court admitting me to practice *Pro Hac Vice* and have submitted the $200 fee with this motion.

Dated: Boston, Massachusetts
June 28, 2012

Amy VanHeuverzwyn (679449)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, | ) |
| *Plaintiff,* | ) Case No. 1:11-cv-6696-KBF |
| vs. | ) 1:11-cv-6701-KBF |
| | ) 1:11-cv-6704-KBF |
| MORGAN STANLEY, ET AL., | ) JURY TRIAL DEMANDED |
| | ) ECF Case |
| *Defendants.* | ) |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

The motion of Amy VanHeuverzwyn, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

**WHEREAS**, Amy VanHeuverzwyn, a member in good standing of the bar in the State of Massachusetts, has requested admission, and that his contact information is as follows:

AMY VANHEUVERZWYN
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6057
Fax: (617) 526-5000
Email: amy.vanheuverzwyn@wilmerhale.com

Applicant having requested admission *Pro Hac Vice*, to appear for all purposes as counsel for Credit Suisse Securities Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC,, in the above captioned action;

**IT IS HEREBY ORDERED,** that Amy VanHeuverzwyn, Esq., is admitted to practice, *Pro Hac Vice*, in the above captioned action in the United States District Court, Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. In this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: New York, New York
_____ 2012

                                                Katherine B. Forrest
                                                UNITED STATES DISTRICT COURT

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **third** day of **December** A.D. **2010**, said Court being the highest Court of Record in said Commonwealth:

### Amy VanHeuverzwyn

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **June** in the year of our Lord **two thousand and twelve.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 1:11-cv-6696-KBF |
| ) | 1:11-cv-6701-KBF |
| vs. ) | 1:11-cv-6704-KBF |
| ) | |
| MORGAN STANLEY, ET AL., ) | JURY TRIAL DEMANDED |
| ) | ECF Case |
| *Defendants.* ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Saverino Mercadante, hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP,

2. I hereby certify, that on July 9, 2012, a copy Motion for Admission to Practice, *Pro Hac Vice* was served on counsel of record via email.

I declare that the foregoing is true and correct.

Dated: New York, NY
July 9, 2012

Saverino Mercadante