UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

                            Plaintiff,         Case No.
                                                            11-cv-6701 (KBF)

   -against-                                             11-cv-6704 (KBF)

                            Defendant.

------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending                 ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                _____
                             FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

       ☐    An attorney

       ☐    A Government Agency attorney

       ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
                    FIRM ADDRESS:_____
                    FIRM TELEPHONE NUMBER:_____
                    FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:_____
                    FIRM ADDRESS:_____
                    FIRM TELEPHONE NUMBER:_____
                    FIRM FAX NUMBER:_____

       ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

       ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                                    _____
                                                    ATTORNEY'S SIGNATURE