UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

                                 Plaintiff,      Case No.

                                                                      11-cv-6701 (KBF)

   -against-                                                     11-cv-6704 (KBF)

                                 Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending           ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

    ☐    An attorney

    ☐    A Government Agency attorney

    ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:_____
                     FIRM ADDRESS:_____
                     FIRM TELEPHONE NUMBER:_____
                     FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:_____
                     FIRM ADDRESS:_____
                     FIRM TELEPHONE NUMBER:_____
                     FIRM FAX NUMBER:_____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                                 _____
                                                       ATTORNEY'S SIGNATURE