IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, | ) | ~~[PROPOSED]~~ ORDER |
| Plaintiff, | ) | Case Nos.:  11 Civ. 6696 (KBF) |
| -v- | ) |  11 Civ. 6701 (KBF) |
| | ) |  11 Civ. 6704 (KBF) |
| MORGAN STANLEY, ET AL., | ) | |
| Defendants. | ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 1 2012

**ORDER**

Before the Court is plaintiff Realtime Data LLC and defendants ConvergEx Group, LLC and ConvergEx Execution Solutions LLC's (collectively, "the Parties") Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(a)(ii). Finding that good cause exists for its entry, it is hereby:

ORDERED that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii):

1.  The above-captioned actions against ConvergEx Group, LLC and ConvergEx Execution Solutions LLC, including all claims and counterclaims asserted between the Parties, are dismissed with prejudice; and

2.  The Parties shall be responsible for their own respective attorneys' fees and costs.

July 11, 2012

SO ORDERED:

_K. B. Fo____
U.S.D.J.
Katherine B. Forrest