USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 1 1 2012

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :            11 Civ. 6696 (KBF)
                     Plaintiff,       :            11 Civ. 6701 (KBF)
                                      :            11 Civ. 6704 (KBF)
          -v-                         :
                                      :                 ORDER
MORGAN STANLEY, et al.,                :
                                      :
                     Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :
                     Plaintiff,       :            11 Civ. 6697 (KBF)
                                      :            11 Civ. 6699 (KBF)
          -v-                         :            11 Civ. 6702 (KBF)
                                      :
CME GROUP INC., et al.                :                 ORDER
                                      :
                     Defendants.       :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :
                     Plaintiff,       :            11 Civ. 6698 (KBF)
                                      :            11 Civ. 6700 (KBF)
                                      :            11 Civ. 6703 (KBF)
          -v-                         :
                                      :                 ORDER
THOMSON REUTERS, et al.               :
                                      :
                     Defendants.      :
------------------------------------- X
```

KATHERINE B. FORREST, District Judge:

The Court has further considered the issue raised in the NYSE letter, dated June 13, 2012, as well as Realtime's response. The Court ORDERS as follows:

1.  NYSE shall provide Realtime with a list of market data feeds that are compressed in FAST format in the United States.

2.  The NYSE should answer the requests propounded in Realtime's First Requests for Admission ("RFAs"); the Court does not have the other sets of RFAs in its possession--but if they are of a similar nature, the parties should confer to resolve whether those RFAs can be answered without undue burden.  (For guidance, if those RFAs are of a similar nature to those in the First Set of RFAs, the Court is likely to order answering a reasonable number of them.)

SO ORDERED:

Dated:   New York, New York
         July 11, 2012

_____
KATHERINE B. FORREST
United States District Judge