USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 12 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>                *Plaintiff*,<br><br>vs.<br><br>MORGAN STANLEY, ET AL.,<br><br>                *Defendants*. | Case No. 1:11-cv-6696-KBF<br>1:11-cv-6701-KBF<br>1:11-cv-6704-KBF<br><br>JURY TRIAL DEMANDED<br>ECF Case |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

The motion of Amy VanHeuverzwyn, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

**WHEREAS**, Amy VanHeuverzwyn, a member in good standing of the bar in the State of Massachusetts, has requested admission, and that his contact information is as follows :

AMY VANHEUVERZWYN
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6057
Fax: (617) 526-5000
Email: amy.vanheuverzwyn@wilmerhale.com

Applicant having requested admission *Pro Hac Vice*, to appear for all purposes as counsel for Credit Suisse Securities Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC,, in the above captioned action;

**IT IS HEREBY ORDERED,** that Amy VanHeuverzwyn, Esq., is admitted to practice, *Pro Hac Vice*, in the above captioned action in the United States District Court, Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. In this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: New York, New York
       July 11, 2012

_____
Katherine B. Forrest
UNITED STATES DISTRICT COURT