UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 12 2012

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, | |
| *Plaintiff*, | Case No. 1:11-cv-6696-KBF |
| | 1:11-cv-6701-KBF |
| vs. | 1:11-cv-6704-KBF |
| MORGAN STANLEY, ET AL., | JURY TRIAL DEMANDED |
| | ECF Case |
| *Defendants.* | |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

The motion of Kevin S. Prussia, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

**WHEREAS**, Kevin S. Prussia, a member in good standing of the bar in the State of Massachusetts, has requested admission, and that his contact information is as follows :

KEVIN S. PRUSSIA
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6243
Fax: (617) 526-5000
Email: kevin.prussia@wilmerhale.com

Applicant having requested admission *Pro Hac Vice*, to appear for all purposes as counsel for Credit Suisse Securities Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC,, in the above captioned action;

**IT IS HEREBY ORDERED,** that Kevin S. Prussia, Esq., is admitted to practice, *Pro Hac Vice*, in the above captioned action in the United States District Court, Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. In this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.

Dated: New York, New York
       July 11, 2012

                                        _____
                                        Katherine B. Forrest
                                        UNITED STATES DISTRICT COURT