USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 1 9 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
REALTIME DATA, LLC d/b/a IXO,

               Plaintiff,

      -v-

MORGAN STANLEY, et al.,

               Defendants.
------------------------------------------X

11 Civ. 6696 (KBF)
11 Civ. 6701 (KBF)
11 Civ. 6704 (KBF)

ORDER

REALTIME DATA, LLC d/b/a IXO,

               Plaintiff,

      -v-

CME GROUP INC., et al.

               Defendants.
------------------------------------------X

11 Civ. 6697 (KBF)
11 Civ. 6699 (KBF)
11 Civ. 6702 (KBF)

ORDER

REALTIME DATA, LLC d/b/a IXO,

               Plaintiff,

      -v-

THOMSON REUTERS, et al.

               Defendants.
------------------------------------------X

11 Civ. 6698 (KBF)
11 Civ. 6700 (KBF)
11 Civ. 6703 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    Based upon the July 18, 2012, joint letter from plaintiff Realtime Data LLC ("Realtime") and the Bank and Market Data Provider Defendants, it is hereby

    ORDERED that upon completion of expert discovery and briefing and argument on any motion(s) for summary judgment, the

above-captioned actions against the Bank and Market Data Provider defendants shall be stayed for purposes of pretrial and trial activities.

Accordingly, within five (5) business days of the conclusion of any oral argument on any relevant motions to dismiss, Realtime and the Bank and Market Data Provider Defendants should submit a joint stipulation and proposed order to the Court setting forth terms of a stay of pretrial and trial proceedings.

SO ORDERED:

Dated:   New York, New York
         July 19, 2012

_____
KATHERINE B. FORREST
United States District Judge