```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :    11 Civ. 6696 (KBF)
                 Plaintiff,           :    11 Civ. 6701 (KBF)
                                      :    11 Civ. 6704 (KBF)
        -v-                           :
                                      :         ORDER
MORGAN STANLEY, et al.,               :
                                      :
                 Defendants.          :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :
                 Plaintiff,           :    11 Civ. 6697 (KBF)
                                      :    11 Civ. 6699 (KBF)
        -v-                           :    11 Civ. 6702 (KBF)
                                      :
CME GROUP INC., et al.                :         ORDER
                                      :
                 Defendants.          :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :
                 Plaintiff,           :    11 Civ. 6698 (KBF)
                                      :    11 Civ. 6700 (KBF)
                                      :    11 Civ. 6703 (KBF)
        -v-                           :
                                      :         ORDER
THOMSON REUTERS, et al.               :
                                      :
                 Defendants.          :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

Having reviewed the parties' submissions relating to the number of invalidity contentions and prior art references, it is hereby

ORDERED that no relief is warranted at this time.

The defendants' invalidity contentions have been narrowed over time. The number of contentions and volume of references appears to be primarily the result of the large number of defendants sued (i.e., over two dozen) in various industries. Accordingly, the number of contentions and references should therefore not be equated to a case with one or even a small number of defendants.

SO ORDERED:

Dated:   New York, New York
         July 31, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge