```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #: _____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: July 31, 2012
----------------------------------------X
REALTIME DATA, LLC d/b/a IXO,           :
                                        :   11 Civ. 6696 (KBF)
                  Plaintiff,            :   11 Civ. 6701 (KBF)
                                        :   11 Civ. 6704 (KBF)
          -v-                           :
                                        :           ORDER
MORGAN STANLEY, et al.,                 :
                                        :
                  Defendants.           :
----------------------------------------X
REALTIME DATA, LLC d/b/a IXO,           :
                                        :
                  Plaintiff,            :   11 Civ. 6697 (KBF)
                                        :   11 Civ. 6699 (KBF)
          -v-                           :   11 Civ. 6702 (KBF)
                                        :
CME GROUP INC., et al.                  :           ORDER
                                        :
                  Defendants.           :
----------------------------------------X
REALTIME DATA, LLC d/b/a IXO,           :
                                        :
                  Plaintiff,            :   11 Civ. 6698 (KBF)
                                        :   11 Civ. 6700 (KBF)
                                        :   11 Civ. 6703 (KBF)
          -v-                           :
                                        :           ORDER
THOMSON REUTERS, et al.                 :
                                        :
                  Defendants.           :
----------------------------------------X
```

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED that the final pretrial conference in this matter shall be held on **October 26, 2012** at 9:00 a.m.

SO ORDERED:

Dated:    New York, New York
          July 31, 2012

                                        *Katherine B. Forrest*
                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge