UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>                      *Plaintiff,*<br><br>vs.<br><br>MORGAN STANLEY, ET AL.,<br><br>                      *Defendants.* | Case No. 1:11-cv-6696-KBF<br>           1:11-cv-6701-KBF<br>           1:11-cv-6704-KBF<br><br>JURY TRIAL DEMANDED<br>ECF Case |

**NOTICE OF JOINDER TO DEFENDANTS' OPPOSITION TO REALTIME'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF ALL ASSERTED CLAIMS OF THE PATENTS-IN-SUIT (FILED UNDER SEAL IN CASE NO. 1:11-CV-6697).**

Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., Morgan Stanley, Morgan Stanley & Co, Incorporated, HSBC Bank USA, N.A., and HSBC Securities (USA), Inc. (collectively, "Defendants") respectfully join the Opposition to Realtime's Motion for Summary Judgment of All Asserted Claims of the Patents-in-Suit filed in *Realtime Data, LLC v. CME Group, Inc., et al.*, filed under seal in Consolidated Case Nos. 1:11-cv-6697, 1:11-cv-6699, and 1:11-cv-6702 (the "Exchange Case"). The noninfringement of any and all asserted claims of the patents-in-suit by Defendants' accused systems is addressed in that Motion, and therefore for the reasons presented therein, Defendants respectfully request that Realtime's Motion for Summary Judgment of Infringement of All Asserted Claims of the Patents-in-Suit be denied.

1

Dated: August 7, 2012                    Respectfully submitted,

                                                   /s/ *Daniel A. DeVito*
                                                 Daniel A. DeVito
Douglas R. Nemec
Stacey Cohen
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (917) 777-3210
Daniel.DeVito@skadden.com
Douglas.Nemec@skadden.com
Stacey.Cohen@skadden.com

Gareth DeWalt
Michael D. Saunders
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Phone: (650) 470-4500
Fax: (650) 470-4570
Gareth.Dewalt@skadden.com
Michael.Saunders@skadden.com

***Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P.***

By: *M. Scott Fuller* (with permission)
Edwin R. DeYoung
Roger Brian Cowie
Roy W. Hardin
M. Scott Fuller
Galyn Gafford
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Phone: (214) 740-8000
Fax: (214) 740-8800

Gregory T. Casamento

2

LOCKE LORD LLP
Three World Financial Center
New York, NY 10281-2101
Phone: (212) 415-8600
Fax: (212) 303-2754

***Attorneys for Defendants HSBC Bank USA, N.A. and HSBC Securities (USA), Inc.***