**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | | |
|---|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | ) | | |
| | ) | | |
| Plaintiff, | ) | Civil Action Nos. | 11-cv-6696-KBF |
| vs. | ) | | 11-cv-6701-KBF |
| | ) | | 11-cv-6704-KBF |
| CME GROUP INC., et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

**HSBC DEFENDANTS' NOTICE AND JOINDER IN CERTAIN**
**REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Defendants HSBC Bank USA, National Association, and HSBC Securities USA, Inc.
(collectively, "HSBC") respectfully file this Notice and Joinder in Certain Replies in Support of
Motions for Summary Judgment to be filed by certain other Defendants in this or related actions.
HSBC has previously filed joinder papers relating to the original Motions for Summary
Judgment to which these Replies pertain.  Specifically, HSBC hereby joins in the following
Replies in Support of Motions for Summary Judgment:

A.      CME Defendants' Motion for Summary Judgment of Noninfringement Based on
the Lack of Determining a Data Block or Field Type (Original Motion filed in Cause No. 11-cv-
6697; Dkt. No. 659) ("Data Type Motion");

B.      NYSE and OPRA Defendants' Motion for Summary Judgment of
Noninfringement Based on the Absence of Encoding, Data Block (or Field) Type, and Selecting
Limitations (Original Motion filed in Cause No. 11-cv-6697; Dkt. No. 680) ("Encoding
Motion");

C.      NYSE and OPRA Defendants' Motion for Summary Judgment of
Noninfringement: Data Stream, Content Independent Encoding, and Lossless (Original Motion
filed in Cause No. 11-cv-6697; Dkt. No. 697) ("Data Stream Motion");

D.      NYSE   and   OPRA   Defendants'   Motion   for   Summary   Judgment   of
Noninfringement: Descriptor Limitation (Original Motion filed in Cause No. 11-cv-6697; Dkt.
No. 687) ("Descriptor Motion"), a Motion for which HSBC is a signatory, but which is included
here in order to avoid any confusion as to the grounds on which HSBC seeks summary
judgment; and

E.      Downstream Defendants' Motion for Summary Judgment of Non-Infringement of
the Asserted Encoding-Decoding Claims on the Grounds of No Divided Infringement (Original
Motion filed in Cause No. 11-cv-6696) ("Divided Infringement Motion" and collectively with
the other motions referenced above, the "Motions").

HSBC respectfully requests that this Court grant the Motions and enter summary
judgment in favor of HSBC on each of the Asserted Claims (claims 95, 97, 108, and 112 of the
'651 Patent) for the reasons as set forth in each of the Motions and their respective Replies.

August 21, 2012                    Respectfully submitted,

                                   /s/ M. Scott Fuller

                                   Edwin R. DeYoung
                                       Texas Bar No. 05673000
                                       edeyoung@lockelord.com
                                   Roy W. Hardin
                                       Texas Bar No. 08968300
                                       rhardin@lockelord.com
                                   Roger B. Cowie
                                       Texas Bar No. 00783886
                                       rcowie@lockelord.com
                                   M. Scott Fuller
                                       Texas Bar No. 24036607
                                       sfuller@lockelord.com
                                   **LOCKE LORD LLP**
                                   2200 Ross Avenue, Suite 2200
                                   Dallas, Texas 75201-6776
                                   Telephone: (214) 740-8000
                                   Facsimile: (214) 740-8800

                                   Gregory T. Casamento
                                   **LOCKE LORD LLP**
                                   Three World Financial Center
                                   New York, NY  10281-2101
                                   Phone: (212) 415-8600
                                   Fax: (212) 303-2754

                                   **ATTORNEYS FOR THE HSBC DEFENDANTS**

3

547068.1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that true and correct copies of the foregoing document were served on counsel of record via email on August 21, 2012.


/s/ M. Scott Fuller