IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>                      Plaintiff,<br><br>      v.<br><br>MORGAN STANLEY, et al.,<br><br>                      Defendants. | No. 11 Civ. 6696 (KBF)<br><br>No. 11 Civ. 6701 (KBF)<br><br>No. 11 Civ. 6704 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>                      Plaintiff,<br><br>      v.<br><br>CME GROUP INC., et al.,<br><br>                      Defendants. | No. 11 Civ. 6697 (KBF)<br><br>No. 11 Civ. 6699 (KBF)<br><br>No. 11 Civ. 6702 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>                      Plaintiff,<br><br>      v.<br><br>THOMSON REUTERS, et al.,<br><br>                      Defendants. | No. 11 Civ. 6698 (KBF)<br><br>No. 11 Civ. 6700 (KBF)<br><br>No. 11 Civ. 6703 (KBF)<br><br>ECF Case |

**DECLARATION OF TIMOTHY HOFFMAN IN RESPONSE TO
THE COURT'S ORDER OF AUGUST 30, 2012**

I, Timothy Hoffman, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief.

1. I am a faculty member in the Computer Science Department at the University of Pittsburgh in Pittsburgh, Pennsylvania. I work under the direction of Professor Gregory Kesden to assist him with his work as an expert for Plaintiff Realtime Data in the above-captioned cases.

2. I did not review any source code from any Defendant in the above-captioned cases.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 11, 2012

_____
Timothy Hoffman    9/11/2012