# McKool Smith

Robert A. Cote
Direct Dial: (212) 402-9402
rcote@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

September 21, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 4 2012

The Honorable Katherine B. Forrest
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007-1312

RE: *Realtime Data LLC v. CME Group, Inc. et al.*, Nos. 1:11-6697, -6699, -6702;
*Realtime Data LLC v. Morgan Stanley, et al.*, Nos. 1:11-6696, -6701, -6704;
*Realtime Data LLC v. Thomson Reuters, et al.*, Nos. 1:11-6698, -6700, -6703;
Supplemental Certification of Robert A. Cote regarding August 30, 2012 Order

Dear Judge Forrest:

As a follow-up to my September 20 letter, this letter is to certify that McKool Smith partners have completed our review of the 218 formerly redacted documents. None of these documents will remain on Realtime's privilege log for the same reasons set forth in my September 20 letter and they will all be produced to Defendants later today.

Sincerely,

/s/ Robert A. Cote

Robert A. Cote

cc: Counsel of Record

*Order*

Noted.

9/24/12          K. B. Forrest
                 USDJ

**McKool Smith**
A Professional Corporation • Attorneys
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC

McKool 823898v2