USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 5 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :         11 Civ. 6696 (KBF)
                        Plaintiff,     :         11 Civ. 6701 (KBF)
                                       :         11 Civ. 6704 (KBF)
            -v-                        :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                        Defendants.    :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :         11 Civ. 6697 (KBF)
                        Plaintiff,     :         11 Civ. 6699 (KBF)
                                       :         11 Civ. 6702 (KBF)
            -v-                        :
                                       :
CME GROUP INC., et al.                 :
                                       :
                        Defendants.    :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :         11 Civ. 6698 (KBF)
                        Plaintiff,     :         11 Civ. 6700 (KBF)
                                       :         11 Civ. 6703 (KBF)
                                       :
            -v-                        :
                                       :         ORDER
THOMSON REUTERS, et al.                :
                                       :
                        Defendants.    :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

   IT IS HEREBY ORDERED that the Court's Opinion & Order, dated September 24, 2012, should reflect that defendant FactSet, Inc. joined in International Securities Exchange's ("ISE's") Motion for Summary Judgment of Noninfringement (Motion No. 4) (as it relates to claims 95, 97, 108, and 112 of the '651

Patent); CME Group Inc.'s ("CME") Motion for Summary Judgment of Noninfringement Based on the Lack of Determining a Data Block of Field Type (Motion No. 5); NYSE and Options Price Reporting Authority, LLC ("OPRA")'s Motion for Summary Judgment of Noninfringement Due to the Absence of the Encoding, Data Block (or Field) Type, and Selecting Limitations (Motion No. 6); and NYSE, et al.'s Motion for Summary Judgment of Non-Infringement Descriptor Limitation (Motion No. 8).

IT IS FURTHER ORDERED that the parties are to confer and no later than October 3, 2012, submit proposed Orders of Dismissal based upon the Court's rulings in the September 24 Opinion & Order.

SO ORDERED:

Dated:   New York, New York
         September 25, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge