USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 01 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :    11 Civ. 6696 (KBF)
                    Plaintiff,         :    11 Civ. 6701 (KBF)
                                       :    11 Civ. 6704 (KBF)
          -v-                          :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                    Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :    11 Civ. 6697 (KBF)
                    Plaintiff,         :    11 Civ. 6699 (KBF)
                                       :    11 Civ. 6702 (KBF)
          -v-                          :
                                       :
CME GROUP INC., et al.                 :
                                       :
                    Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :    11 Civ. 6698 (KBF)
                    Plaintiff,         :    11 Civ. 6700 (KBF)
                                       :    11 Civ. 6703 (KBF)
          -v-                          :
                                       :        ORDER
THOMSON REUTERS, et al.                :
                                       :
                    Defendants.        :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

Pursuant to the parties' agreement on the October 1, 2012, conference call with the Court, it is hereby

ORDERED that the following motions are DENIED without prejudice, with leave to renew if an appropriate time arises:

- CME's Motion for Summary Judgment of Noninfringement of Licensed Encoding;

- CME's Motion for Summary Judgment of Noninfringement of Decoding;

- NYSE and OPRA's Motion for Summary Judgment of Noninfringement Based on Patent Exhaustion and Licensed Encoding; and

- Realtime Data LLC's Motion for Summary Judgment of Infringement of All Asserted Claims of the Patents-in-Suit by Defendants.

IT IS FURTHER ORDERED that the parties may submit a stipulation with respect to Motions 1, 2, 3 and 10 on October 8, 2012, rather than on October 3, 2012.

The Clerk of the Court is directed to terminate the following motions:

    11 Civ. 6697: Dkt. Nos. 645, 682, 689

    11 Civ. 6699: Dkt. Nos. 84, 108, 116

    11 Civ. 6702: Dkt. Nos. 124, 146, 157

SO ORDERED:

Dated:    New York, New York
           October 1, 2012

                                        KATHERINE B. FORREST
                                     United States District Judge