USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 03 2012

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :           11 Civ. 6696 (KBF)
                    Plaintiff,       :           11 Civ. 6701 (KBF)
                                     :           11 Civ. 6704 (KBF)
           -v-                       :
                                     :
MORGAN STANLEY, et al.,              :
                                     :
                    Defendants.      :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :           11 Civ. 6697 (KBF)
                    Plaintiff,       :           11 Civ. 6699 (KBF)
                                     :           11 Civ. 6702 (KBF)
           -v-                       :
                                     :
CME GROUP INC., et al.               :
                                     :
                    Defendants.      :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :           11 Civ. 6698 (KBF)
                    Plaintiff,       :           11 Civ. 6700 (KBF)
                                     :           11 Civ. 6703 (KBF)
                                     :
           -v-                       :
                                     :           ORDER
THOMSON REUTERS, et al.              :
                                     :
                    Defendants.      :
------------------------------------- X
```

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that footnotes 7, 10, and 14 in the Court's Opinion & Order, dated September 24, 2012, should reflect that defendant FactSet, Inc. joined in International Securities Exchange's ("ISE's") Motion for Summary Judgment of Noninfringement (Motion No. 4) (as it relates to claims 95, 97,

108, and 112 of the '651 Patent); CME Group Inc.'s ("CME") Motion for Summary Judgment of Noninfringement Based on the Lack of Determining a Data Block of Field Type (Motion No. 5); and NYSE and Options Price Reporting Authority, LLC ("OPRA")'s Motion for Summary Judgment of Noninfringement Due to the Absence of the Encoding, Data Block (or Field) Type, and Selecting Limitations (Motion No. 6) (but not NYSE, et al.'s Motion for Summary Judgment of Non-Infringement Descriptor Limitation (Motion No. 8); and

IT IS FURTHER ORDERED that footnote 10 in the Court's Opinion & Order, dated September 24, 2012, should reflect that defendant International Securities Exchange joined in CME Group Inc.'s ("CME") Motion for Summary Judgment of Noninfringement Based on the Lack of Determining a Data Block of Field Type (Motion No. 5).

SO ORDERED:

Dated: New York, New York
October 2, 2012

_____
KATHERINE B. FORREST
United States District Judge