# MCKOOL SMITH

Robert A. Cote
Direct Dial: (212) 402-9402
rcote@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

October 8, 2012

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED OCT 0 9 2012

The Honorable Katherine B. Forrest
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007-1312

RE:   *Realtime Data LLC v. CME Group, Inc. et al.*, Nos. 1:11-6697, -6699, -6702
       *Realtime Data LLC v. Morgan Stanley, et al.*, Nos. 1:11-6696, -6701, -6704
       *Realtime Data LLC v. Thomson Reuters, et al.*, Nos. 1:11-6698, -6700, -6703
       Agreed Extension Regarding Submission of Proposed Final Judgment Orders

Dear Judge Forrest:

   We write on behalf of all parties to respectfully request an extension for submission of Proposed Final Judgment Orders until Friday, October 12, 2012. The parties have been and continue to discuss the form of the proposed orders and believe that the additional time will allow the parties to attempt to reach an agreement or at least minimize any issues for the Court to resolve.

Sincerely,

Robert A. Cote

cc:   Counsel of Record

Granted.

Oct. 9, 2012

SO ORDERED:

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC

McKool 828885v1