# McKool Smith

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 12 2012

Dirk D. Thomas
Direct Dial: (202) 370-8302
dthomas@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

October 11, 2012

The Honorable Katherine B. Forrest
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007-1312

    RE:    *Realtime Data LLC v. CME Group, Inc. et al.*, Nos. 1:11-6697, -6699, -6702
            *Realtime Data LLC v. Morgan Stanley, et al.*, Nos. 1:11-6696, -6701, -6704
            *Realtime Data LLC v. Thomson Reuters, et al.*, Nos. 1:11-6698, -6700, -6703
            Agreed Extension Regarding Submission of Proposed Final Judgment Orders

Dear Judge Forrest:

    We write on behalf of all parties to respectfully request an extension for submission of Proposed Final Judgment Orders until Friday, October 19, 2012. The parties have been and continue to discuss the form of the proposed orders and believe that the additional time will allow the parties to attempt to reach an agreement or at least minimize any issues for the Court to resolve.

Sincerely,

Dirk D. Thomas

cc:    Counsel of Record

*Extension granted.*
*Oct. 12, 2012*

**SO ORDERED:**

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

McKool Smith
A Professional Corporation • Attorneys
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC