USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 12 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :           11 Civ. 6696 (KBF)
                      Plaintiff,       :           11 Civ. 6701 (KBF)
                                       :           11 Civ. 6704 (KBF)
         -v-                           :
                                       :
MORGAN STANLEY, et al.,                :
                                       :
                      Defendants.      :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :           11 Civ. 6697 (KBF)
                      Plaintiff,       :           11 Civ. 6699 (KBF)
                                       :           11 Civ. 6702 (KBF)
         -v-                           :
                                       :
CME GROUP INC., et al.                 :
                                       :
                      Defendants.      :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :           11 Civ. 6698 (KBF)
                      Plaintiff,       :           11 Civ. 6700 (KBF)
                                       :           11 Civ. 6703 (KBF)
         -v-                           :
                                       :                ORDER
THOMSON REUTERS, et al.                :
                                       :
                      Defendants.      :
------------------------------------ X

KATHERINE B. FORREST, District Judge:

   Pursuant to the parties' agreement, it is hereby

   ORDERED that the following motions are DENIED without prejudice, with leave to renew if an appropriate time arises:

- Motion for Summary Judgment of Invalidity of the Asserted Claims of the '568 and '651 Patents Under 35 U.S.C. § 102(b);
- CME Defendants' Motion for Summary Judgment of Non-Infringement: No Evidence of "Lossless" Encoding;
- NYSE and OPRA's Motion for Summary Judgmnet of Invalidity of Claims 1, 15, 20, 22 and 32 of the '568 Patent;
- Defendants' Motion for Partial Summary Judgment of Invalidity Based on Anticipation by Danskin System;
- CME's Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. § 101;
- CME Defendants' Motion for Partial Summary Judgment on Damages; and
- International Securities Exchange's Motion for Partial Summary Judgment to Limit Damages.

The Clerk of the Court is directed to terminate the following motions:

    11 Civ. 6697: Dkt. Nos. 647, 690, 698, 705, 719, 814, 818

    11 Civ. 6699: Dkt. Nos. 86, 114, 121, 125, 133

    11 Civ. 6702: Dkt. Nos. 126, 154, 156, 160, 173

SO ORDERED:

Dated:    New York, New York
          October 12, 2012

                                      _____
                                        KATHERINE B. FORREST
                                       United States District Judge